IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**IRGUIN JOSE FONTALVO-PELAEZ**                                              **PETITIONER**

V.                                    **2:24CV00206 JM/PSH**

**FCI FORREST CITY, WARDEN**                                                 **RESPONDENT**

**ORDER**

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS SO ORDERED this 13th day of February, 2025.

_____
James M. Moody Jr.
United States District Judge