IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**IRGUIN JOSE FONTALVO-PELAEZ**                                   PETITIONER

V.                              **2:24CV00206 JM/PSH**

**FCI FORREST CITY, WARDEN**                                      RESPONDENT

**JUDGMENT**

In accordance with the Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 13th day of February, 2025.

_____
James M. Moody Jr.
United States District Judge